# Exhibit A

*Bankruptcy Case: 19-11842-LSS Avenue Stores., et al.*
*Transfer Date Range: 05-18-2019 through 08-15-2019*

**TRANSFEROR DEBTOR-AVENUE STORES, LLC**
*Vendor:*

VERTEX INC
25528 NETWORK PLACE
CHICAGO IL 60673-1255

| Payment # | Payment Date | Clear Date | Payment Amount | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| 60010 | 06/06/2019 | 06/05/2019 | $ 58,340.00 | ILLTX-05/2019 | 06/05/2019 | $ 58,340.00 |
| 685397 | 06/05/2019 | 06/11/2019 | 2,285.80 | 4171918 | 05/31/2019 | 2,285.80 |
| 60019 | 06/19/2019 | 06/18/2019 | 1,186,079.54 | ILLTX-06/2019 | 06/18/2019 | 1,186,079.54 |
| 60036 | 07/17/2019 | 07/03/2019 | 35,448.00 | ILLTX-06/2019. | 07/03/2019 | 35,448.00 |
| 60045 | 07/19/2019 | 07/18/2019 | 1,024,046.02 | SLSTX-06/2019 | 07/18/2019 | 1,024,046.02 |
| 1700078 | 07/18/2019 | 07/26/2019 | 2,317.60 | 4172982 | 06/19/2019 | 2,317.60 |
| TOTAL | | | $ 2,308,516.96 | 6 | | |